ACCEPTED
15-24-00074-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/28/2025 9:25 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/28/2025 9:26:24 PM
CHRISTOPHER A. PRINE
Clerk

No. 15-24-00074-CV

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

Jane Nelson, in her official capacity as Secretary of State for the State of Texas,

*Appellants,*

*v.*

Jarrett Woodward, Heather Couchman, Amber Cloy, Tommie Dickinson, Travis Eubanks, Amanda Eubanks, Traci Jones, Lars Kuslich, Michelle Pique, Madelon Highsmith, and Sharon Cotton, Voters of Bexar County,

*Appellees,*

On Appeal from the
261st Judicial District Court, Travis County

## OPPOSED SECOND MOTION TO AMEND APPELLEE KUSLICH'S BRIEF

Appellee Lars Kuslich respectfully requests the Court to allow him to amend his Appellee Brief for a second time.

There are two reasons I'm requesting to amend the Brief. The first is that I recently discovered that the law as presented for the second issue in the Argument section is incorrect because I

overlooked a major, controlling case. Specifically, I overlooked *Pike v. Tex. EMC Mgmt.*, 610 S.W.3d 763 (Tex. 2020) and how its holdings are relevant to the argument over standing. Although my ultimate conclusion for that issue is still essentially the same, I did need to heavily re-work my argument. The second reason is that I do not believe I provided an adequate response for the fourth issue, so I expanded on my argument there. I also fixed various minor mistakes, such as typos and formatting oddities, when I found them. No new issues are presented in the amended brief.

"A court of appeals must not affirm or reverse a judgment or dismiss an appeal for formal defects or irregularities in appellate procedure without allowing a reasonable time to correct or amend the defects or irregularities." Tex. R. App. P. 44.3. Justice requires that I be allowed to amend these defects rather than striking my Appellee Brief due to briefing inadequacies. *See Inpetco, Inc. v. Texas American Bank/Houston N.A.*, 729 S.W.2d 300, 300 (Tex. 1987). Granting this motion would not slow down the decision-making timeframe of this Court since it is occurring just before the case is submitted to the Court.

# **P r a y e r**

For the foregoing reasons, I pray that this Court grant Lars Kuslich's request to file an amended Appellee Brief.

Respectfully submitted,

/s/ *Lars Kuslich*
Lars Kuslich
P.O. Box 1908
Liberty, TX 77575
936-346-5464
blanket113@protonmail.com

## Certificate of Conference

I have conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issue raised. The Appellants are opposed to the filing of an amended brief.

/s/ *Lars Kuslich*
Lars Kuslich
P.O. Box 1908
Liberty, TX 77575
936-346-5464
blanket113@protonmail.com

# Certificate of Service

I, Lars Kuslich, certify that a true and correct copy of

OPPOSED SECOND MOTION TO AMEND APPELLEE KUSLICH'S

BRIEF was filed and served via e-service efile (eFileTexas.gov) on

January 28, 2025 to all other Appellees and to:

**Stephanie A. Criscione**
Texas Bar No. 24109768
**William D. Wassdorf**
Texas Bar No. 24103022
Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2120
Fax: (512) 320-0667
stephanie.criscione@oag.texas.gov
will.wassdorf@oag.texas.gov

By: /s/ *Lars Kuslich*
Lars Kuslich
P.O. Box 1908
Liberty, TX 77575
936-346-5464
blanket113@protonmail.com

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96716257
Filing Code Description: Motion
Filing Description: OPPOSED SECOND MOTION TO AMEND APPELLEE KUSLICH???S BRIEF
Status as of 1/29/2025 7:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Carrisa Stiles | | carrisa.stiles@oag.texas.gov | 1/28/2025 9:25:24 PM | SENT |
| Shannon Huggins | | freetx1876@gmail.com | 1/28/2025 9:25:24 PM | SENT |
| William Wassdorf | | will.wassdorf@oag.texas.gov | 1/28/2025 9:25:24 PM | SENT |
| Michelle Pique | | piquepink@gmail.com | 1/28/2025 9:25:24 PM | SENT |
| Elena Eydelman-Natividad | | elena.eydelman-natividad@oag.texas.gov | 1/28/2025 9:25:24 PM | SENT |
| Stephanie Criscione | | stephanie.criscione@oag.texas.gov | 1/28/2025 9:25:24 PM | SENT |
| Sharon Jorolan | | sjorolan@outlook.com | 1/28/2025 9:25:24 PM | SENT |
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 1/28/2025 9:25:24 PM | SENT |
| Jarrett Woodward | | digging4au@protonmail.com | 1/28/2025 9:25:24 PM | SENT |
| Heather Couchman | | HeatherNTX@protonmail.com | 1/28/2025 9:25:24 PM | SENT |
| Tommie Dickinson | | Tjdickinson316@gmail.com | 1/28/2025 9:25:24 PM | SENT |
| Travis Eubanks | | travis.eubanks@gmail.com | 1/28/2025 9:25:24 PM | SENT |
| Madelon Highsmith | | mhighsmith@mac.com | 1/28/2025 9:25:24 PM | SENT |
| Lars Kuslich | | blanket113@protonmail.com | 1/28/2025 9:25:24 PM | SENT |
| Amber Cloy | | Amberb2222@yahoo.com | 1/28/2025 9:25:24 PM | SENT |
| Traci Jones | | jones_traci24@hotmail.com | 1/28/2025 9:25:24 PM | SENT |
| Sharon Cotton | | sharon.cotton53@icloud.com | 1/28/2025 9:25:24 PM | SENT |
| Amanda Eubanks | | amanda.eubanks710@gmail.com | 1/28/2025 9:25:24 PM | SENT |